UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-277(2)(DSD/SRN)

United States of America,

       Plaintiff,

v.                                           **ORDER**

Anton Ray Bejarano,

       Defendant.

    **IT IS HEREBY ORDERED** that the order (Doc. #83) filed February 25, 2008, is vacated.

Dated: March 6, 2008

                                           s/David S. Doty
                                           David S. Doty, Judge
                                           U.S. District Court